UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-13-FDW

| | |
|---|---|
| TERRELL WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on January 12, 2015. On May 12, 2015, this Court entered an Order directing service of process on various Defendants. (Doc. No. 9). There is no notation on the docket report indicating whether the Clerk's office mailed summons forms to Plaintiff to be returned to the Clerk for processing. Plaintiff has not returned any summons forms to the Clerk for service of process by the U.S. Marshal. In accordance with this Court's order dated May 12, 2015, the Clerk is therefore instructed to mail summons forms to Plaintiff to be returned to the Clerk for processing and note as such on the Court's docket report. Plaintiff shall then have twenty days from service of the summons in which to return the summons forms to the Court. If Plaintiff does not return the summons forms to the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS, THEREFORE, ORDERED that:**

The Clerk of this Court is instructed to mail two summons forms to Plaintiff to be returned to the Clerk for processing and note as such on the docket report. Plaintiff shall then have twenty days from service of the summons in which to return the summons forms to the Court. <u>If Plaintiff</u>

does not return the summons forms to the Court within the time period allotted, this matter will be dismissed without prejudice and without further notice to Plaintiff.

Frank D. Whitney
Chief United States District Judge