UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-13-FDW

| | |
|---|---|
| TERRELL WEBSTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU MITCHELL, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court following Plaintiff's failure to comply with the Court's order dated July 15, 2015, in which the Court ordered Plaintiff to return summons forms within 20 days for service on Defendants. The Court expressly warned Plaintiff that if he did not return the summons forms to the Court within the time period allotted, this matter would be dismissed without prejudice and without further notice to Plaintiff. More than 20 days has elapsed since this Court's order of July 15, 2015, and Plaintiff has wholly failed to respond to the Court's order.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to respond to this Court's order dated July 15, 2015.

(2) The Clerk of this Court is directed to terminate this action.

_Frank D. Whitney_
Frank D. Whitney
Chief United States District Judge